## Shoemaker, Appellant, v. Harding.

Argued Oct. 19, 1904. Appeal, No. 8, Oct. T., 1904, by plaintiff, from order of C. P. No. 2, Phila. Co., Sept. T., 1903, No. 4145, making absolute rule to stay execution in case of Samuel Shoemaker, Assignee of August G. Fischer, v. Charles B. Harding. Before RICE, P. J., BEAVER, ORLADY, SMITH, PORTER, MORRISON and HENDERSON, JJ. Affirmed.

OPINION BY ORLADY, J., January 17, 1905 :

The facts in this case are substantially the same as those in the case of Fox v. Helmuth, 27 Pa. Superior Ct. 81, an opinion in which is filed this day, and for the reasons therein given this judgment is affirmed.